IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KING RECORDS, INC., et al., ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 3:03cv1130 |
| DONALD M. DAILY, et al., ) | Judge Thomas A. Wiseman, Jr. |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiffs' Motion to Dismiss for Lack of Standing by Defendants to Pursue Their Claims (Doc. No. 264). For the reasons set forth in the accompanying Memorandum Opinion, Plaintiffs' motion is hereby **DENIED**.

It is so **ORDERED.**

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge